IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY EUGENE HERBERT<br><br>Defendant. | CR 22-133-BLG-DLC<br><br>**ORDER** |

Defendant appeared before the Court on March 21, 2023, for a detention hearing. The Government moved for Defendant's detention pending sentencing.

The Court determined that the requirements of 18 U.S.C. § 3143(a)(2) were not met. The Court also could not find that exceptional circumstances were presented under 18 U.S.C. § 3145(c). The Court, therefore, finds Defendant must be detained. Accordingly, IT IS ORDERED that the Government's motion for detention is GRANTED. Defendant is remanded to the custody of the United States Marshals Service.

DATED this 21st day of March, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge